| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br><br> **Edmond M. George, Esquire** <br> **William F. Saldutti IV, Esquire** <br> **Obermayer Rebmann Maxwell & Hippel LLP** <br> **1120 Route 73, Suite 420** <br> **Mount Laurel, NJ  08054** <br> **(856) 795-3300** <br> **(856) 482-0504 (fax)** <br> *Attorneys for Ron and Rima Seal* | |
| **In re:** <br><br> **MATHEW K. PIERSON** <br><br>                  **Debtor.** | **Chapter 7** <br><br> **Case No.  21-11080-KCF** |
| **RON AND RIMA SEAL** <br><br>                **Plaintiffs,** <br><br>      **v.** <br><br> **MATHEW K. PIERSON,** <br><br>                **Defendant.** | **ADVERSARY NO.** |

## CERTIFICATION OF SERVICE

1.     I, <u>Coleen M. Schmidt</u>:

   ☐ represent the _____ in this matter.

   ☒ am the secretary/paralegal for <u>Edmond M. George, Esq.</u>, who represents the <u>Plaintiffs, Ron and Rima Seal</u> in this matter.

   ☐ am the _____ in this case and am representing myself.

2.     On <u>May 6, 2021</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Complaint

4849-9190-0136

- Exhibit A

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>May 6, 2021</u>             <u>*/s/ Coleen M. Schmidt*</u>
                                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Candyce Ilene Smith-Sklar<br>Law Offices of Sklar Smith-Sklar<br>1901 North Olden Avenue<br>Ewing Prosfessional Park<br>Suite 22<br>Ewing, NJ 08618<br>mail@njpalaw.com | Counsel to Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other (As authorized by the Court or by rule. Cite rule if applicable) <u>Electronic notification through CM/ECF 5005-1</u> |
| Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>ecftrusteead@msbnj.com | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other (As authorized by the Court or by rule. Cite rule if applicable) <u>Electronic notification through CM/ECF 5005-1</u> |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other (As authorized by the Court or by rule. Cite rule if applicable) <u>Electronic notification through CM/ECF 5005-1</u> |