| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> **Edmond M. George, Esquire** <br> **William F. Saldutti IV, Esquire** <br> **Obermayer Rebmann Maxwell & Hippel LLP** <br> **1120 Route 73, Suite 420** <br> **Mount Laurel, NJ  08054** <br> **(856) 795-3300** <br> **(856) 482-0504 (fax)** <br> *Attorneys for Ron and Rima Seal* | |
| **In re:** <br><br> **MATHEW K. PIERSON** <br><br> Debtor. | **Chapter 7** <br><br> **Case No.  21-11080-KCF** |
| **RON AND RIMA SEAL** <br><br> Plaintiffs, <br><br> v. <br><br> **MATHEW K. PIERSON,** <br><br> Defendant. | **ADVERSARY NO. 21-1264** <br><br> **Judge Kathryn C. Ferguson** <br> **Hearing Date: August 3, 2021** <br> **Hearing Time: 10:00 A.M.** <br> **Courtroom: 2** <br><br> **MOTION OF PLAINTIFFS, RON AND RIMA SEAL, TO BE EXCUSED FROM MEDIATION PURSUANT TO LBR 9019-2(3)** |

Ron and Rima Seal the Plaintiffs ("Plaintiffs"), by and through their counsel, Obermayer Rebmann Maxwell & Hippel LLP, hereby file this Motion to be Excused from Mediation Pursuant to Local Bankruptcy Rule ("LBR") 9019-2(3) (the "Motion").  Plaintiff will rely on the Certification of Edmond M. George, Esq., along with any argument, testimony, or other evidentiary support offered at any hearing conducted in connection with the Motion.

Dated:  July 7, 2021                     */s/ Edmond M. George*
                                                             Edmond M. George, Esquire

OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054
*Attorneys for the Plaintiffs*

4837-1671-6017.v1-7/7/21