| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Edmond M. George, Esquire**<br>**William F. Saldutti IV, Esquire**<br>**Obermayer Rebmann Maxwell & Hippel LLP**<br>**1120 Route 73, Suite 420**<br>**Mount Laurel, NJ  08054**<br>**(856) 795-3300**<br>**(856) 482-0504 (fax)**<br>*Attorneys for Ron and Rima Seal* | |
| **In re:**<br><br>**MATHEW K. PIERSON**<br><br>　　　　　**Debtor.** | **Chapter 7**<br><br>**Case No.  21-11080-KCF** |
| **RON AND RIMA SEAL**<br><br>　　　　　**Plaintiffs,**<br><br>　v.<br><br>**MATHEW K. PIERSON,**<br><br>　　　　　**Defendant.** | **ADVERSARY NO. 21-1264**<br><br>**Judge Kathryn C. Ferguson**<br>**Hearing Date: August 3, 2021**<br>**Hearing Time: 10:00 A.M.**<br>**Courtroom: 2**<br><br>**STATEMENT AS TO WHY**<br>**NO BRIEF IS NECESSARY** |

　　　The within Motion requests Plaintiffs, Ron, and Rima Seal, be excused from mediation pursuant to Local Bankruptcy Rule 9019-2(3), as further described in the Motion.

　　　As the facts Plaintiff relies upon, as set forth in this Certification, and the basis for the request for relief do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the Motion.

Dated:  July 7, 2021　　　　　　　　　　*/s/ Edmond M. George*
　　　　　　　　　　　　　　　　　　　　Edmond M. George, Esquire

4837-1671-6017.v1-7/7/21