| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> **Edmond M. George, Esquire** <br> **William F. Saldutti IV, Esquire** <br> **Obermayer Rebmann Maxwell & Hippel LLP** <br> **1120 Route 73, Suite 420** <br> **Mount Laurel, NJ  08054** <br> **(856) 795-3300** <br> **(856) 482-0504 (fax)** <br> *Attorneys for Ron and Rima Seal* | |
| **In re:** <br><br> **MATHEW K. PIERSON** <br><br> Debtor. | **Chapter 7** <br><br> **Case No.  21-11080-KCF** |
| **RON AND RIMA SEAL** <br><br> Plaintiffs, <br><br> v. <br><br> **MATHEW K. PIERSON,** <br><br> Defendant. | **ADVERSARY NO. 21-1264** <br><br> **Judge Kathryn C. Ferguson** <br> **Hearing Date: August 3, 2021** <br> **Hearing Time: 10:00 A.M.** <br> **Courtroom: 2** |

**ORDER GRANTING PLAINTIFFS' MOTION TO BE EXCUSED FROM MEDIATION**

**PURSUANT TO LBR 9019-2(3)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

Page -2-

**Debtor:** Matthew K. Pierson

**Case No:** 21-11080-KCF

**Adversary No.:** 21-1264

**Caption:** **Order Granting Plaintiffs' Motion to be Excused from Mediation Pursuant to LBR 9019-2(3)**

---

Upon consideration of the application of Plaintiffs Ron and Rima Seal ("Plaintiffs"), for an order granting excusing Plaintiffs from mediation pursuant to Local Bankruptcy Rule ("LBR") 9019-2(3) (the "Motion"); and any responses in opposition thereto; and after notice and a hearing on the Motion; and the Court having determined that good cause exists to excuse Plaintiffs from Mediation; it is

ORDERED as follows:

1. The Motion is granted in its entirety.

2. Plaintiffs are excused from presumptive mediation in this Adversary Proceeding pursuant to LBR 9019-2(3).