| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> **Edmond M. George, Esquire** <br> **William F. Saldutti IV, Esquire** <br> **Obermayer Rebmann Maxwell & Hippel LLP** <br> **1120 Route 73, Suite 420** <br> **Mount Laurel, NJ  08054** <br> **(856) 795-3300** <br> **(856) 482-0504 (fax)** <br> *Attorneys for Ron and Rima Seal* | **Order Filed on August 3, 2021** <br> **by Clerk** <br> **U.S. Bankruptcy Court** <br> **District of New Jersey** |
| **In re:** <br><br> **MATHEW K. PIERSON** <br><br>      **Debtor.** | **Chapter 7** <br><br> **Case No.  21-11080-KCF** |
| **RON AND RIMA SEAL** <br><br>      **Plaintiffs,** <br><br>  **v.** <br><br> **MATHEW K. PIERSON,** <br><br>      **Defendant.** | **ADVERSARY NO. 21-1264** <br><br> **Judge Kathryn C. Ferguson** <br> **Hearing Date: August 3, 2021** <br> **Hearing Time: 10:00 A.M.** <br> **Courtroom: 2** |

**ORDER GRANTING PLAINTIFFS' MOTION TO BE EXCUSED FROM MEDIATION**

**PURSUANT TO LBR 9019-2(3)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 3, 2021**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

4837-1671-6017.v1-7/7/21

Page -2-

| | |
|---|---|
| **Debtor:** | **Matthew K. Pierson** |
| **Case No:** | **21-11080-KCF** |
| **Adversary No.:** | **21-1264** |
| **Caption:** | **Order Granting Plaintiffs' Motion to be Excused from Mediation Pursuant to LBR 9019-2(3)** |

Upon consideration of the application of Plaintiffs Ron and Rima Seal ("Plaintiffs"), for an order granting excusing Plaintiffs from mediation pursuant to Local Bankruptcy Rule ("LBR") 9019-2(3) (the "Motion"); and any responses in opposition thereto; and after notice and a hearing on the Motion; and the Court having determined that good cause exists to excuse Plaintiffs from Mediation; it is

ORDERED as follows:

1. The Motion is granted in its entirety.

2. Plaintiffs are excused from presumptive mediation in this Adversary Proceeding pursuant to LBR 9019-2(3).