Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Matthew K Pierson
Debtor

Case No.: 21−11080−KCF
Chapter 7

Ron Seal
Plaintiff

v.

Matthew K Pierson
Defendant

Adv. Proc. No. 21−01264−KCF                    Judge: Kathryn C. Ferguson

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on August 3, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 9 − 6
ORDER GRANTING PLAINTIFFS MOTION TO BE EXCUSED FROM MEDIATION PURSUANT TO LBR 9019−2(3) (Related Doc # 6). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/3/2021. (bwj)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 3, 2021
JAN: bwj

Jeanne Naughton
Clerk