IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| MATTHEW K. PIERSON, | : | Case No.: 21-11080-KCF |
| Debtor | : | Hon. Kathryn C. Ferguson, U.S.B.J. |
| _____ | : | |
| RON and RIMA SEAL, | : | ADV. PRO. NO.: 20-1264-KCF |
| Plaintiffs | : | Trial Date: March 9, 2022; 10 AM |
| v. | : | |
| MATTHEW K. PIERSON, | : | **MOTION TO DISMISS ADVESARY BY WAY OF SUMMARY JUDGMENT OR IN THE ALTERNATIVE BY WAY OF FRCP 12(b)(6) and 8(a)(2)** |
| Defendant | : | |

**MOTION TO DISMISS PLAINTIFF'S
ADVERSARY COMPLAINT WITH PREJUDICE**

Defendant, Matthew K. Pierson by and through his attorney hereby motions this Honorable Court for an Order dismissing the Plaintiff's adversary complaint with prejudice by way of summary judgment pursuant to FRCP 56 or in the alternative FRCP 12(b)(6) and 8(a)(2). Defendant will rely on counsel's attached brief and proposed Order.

Date: January 26, 2022                    /s/Keith D. Sklar, Esq.
                                                          Keith D. Sklar, Esq.