| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Nicholas Poduslenko, Esquire<br>Edmund M. George, Esquire<br>Obermayer Rebmann Maxwell & Hippel LLP<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054<br>(856) 795-3300<br>(856) 482-0504 (fax)<br>*Attorneys for Ron and Rima Seal* | |
| In re:<br><br>MATHEW K. PIERSON<br><br>Debtor. | Chapter 7<br><br>Case No. 21-11080-KCF |
| RON AND RIMA SEAL<br><br>Plaintiffs,<br><br>v.<br><br>MATHEW K. PIERSON,<br><br>Defendant. | ADVERSARY NO. 21-1264 |

## CERTIFICATION OF SERVICE

1. I, <u>Denise Richards</u>:

   ☐ represent the _____ in this matter.

   ☒ am the secretary/paralegal for <u>Nicholas Poduslenko</u>, who represents the <u>Plaintiffs, Ron and Rima Seal</u> in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>February 22, 2022</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   1. Plaintiffs' Brief in Support of Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion to Dismiss Adversary Proceeding Pursuant to F.R.C.P. 56, 12(b)(6) and 8(a)(2)

      2. Plaintiffs' Response to Defendant's Statement of Material Facts Not In Dispute
      3. The Certification of Rima Seal in Support of Plaintiffs' Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion to Dismiss Adversary Proceeding Pursuant to F.R.C.P. 56, 12(b)(6) and 8(a)(2)
      4. Exhibits A through H
      5. Order Granting Plaintiffs' Cross-Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgement and Motion to Dismiss Adversary Proceeding Pursuant to F.R.C.P. 56, 12(b)(6) and 8(a)(2)

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 22, 2022            /s/ *Denise Richards*
                                          Signature

4888-0524-2636 v2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Keith Sklar<br>Law Offices of Sklar Smith-Sklar<br>1901 N. Olden Avenue<br>Suite 22<br>Ewing, NJ 08618<br>mail@njpalaw.com | Debtor/Defendant's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Means Rule 9013-2<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Candyce Ilene Smith-Sklar<br>Law Offices of Sklar Smith-Sklar<br>1901 North Olden Avenue<br>Ewing Professional Park<br>Suite 22<br>Ewing, NJ 08618<br>mail@njpalaw.com | Debtor/Defendant's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Means Rule 9013-2<br>(As authorized by the Court or by rule. Cite rule if applicable) |

4888-0524-2636 v2