# EXHIBIT C

(267) 918-7154 

Sat, Jan 20, 5:02 PM

You and your wife are disgusting. We made it very clear that we never took anything from your house!!!! You have now gone and lied and tried to say we st

ole bank statements and credit card information and checks and belongings. You are both pathetic, and



both pathetic, and the jokes on both of you bc we were invited in by y

our son, and simones address at the time was your house meaning she had every right to enter the home. Good luck getting anywhere with that. Its comical

as well because you truly have no idea who your wife really is and what she has done

she has done behind your back for your whole marraige. You are also going to find

out that your wife conspired with bruces brother to have him murdered. He didnt die from line of duty but lied and had him killed because he was worth a

shitload of money death. So have fun explaining that to the FBI and the

**(267) 918-7154** 

shitload of money death. So have fun explaining that to the FBI and the state of VA district attorney when they come for both of you. The only thing I'm

not sure of is whether you were in on it from the beginning or you were just that dumb and would turn a blind eye to the con artist that is your wife.