# EXHIBIT D

Louis:  This is Matt, Simone's fiancé. I'm calling on behalf of your daughter. I'm hearing that you're going to let her see her grandparents. You can't (gap)            I'm asking you man to man, please do not let that happen. It cannot happen. You have no idea what her parents have done. Her mom defrauded her for millions of dollars. Her mom used to beat the shit out of her. Her mom let things happen to her when she was a kid. Her mom is a horrendous human being. Terrible, terrible, terrible person. We found a shitload of stuff. There is a huge court case going on right now. There is stuff going on between her parents and Simone and they are going to try to use Mariah to fuck everything up. They are going to try to fuck with you. They are going to try to fuck with us. Please do not let her see those grandparents. It is a serious, serious fucking thing. I'm begging you man to man do not let that happen.

This is Matt again. You really don't, really don't know her family. You don't know her parents. The way that you think you know her mom, you don't know her. You don't know her dad either. They are backed into a corner. I'm telling you right now if you let them see Mariah, they are going to kidnap her. They are going to take her away. We have a PFA against her parents. They are not allowed any contact with us. They know they're not allowed to see Mariah and so they are using you. They are going to take her. That's what it comes down to. They are going to take her.



4836-7552-8085