# EXHIBIT A

## (267) 918-7154   ⓘ

Text Message
Thu, Jul 6, 11:07 AM

Mr. Seal, I know you think simone is being crazy, but . simone found hundreds of documents outlining everything that has been done, and it is remakable and

extensive. She reached out to your brother and sister in hopes of figuring out how to tell you



DEFENDANT'S
EXHIBIT
85
5.3.19   RF
PENGAD 800-631-6989

**(267) 918-7154** 

not hearung from them. I dont mean to be mixed up or the

bearer of bad news, but you need to see these things in person for yourself. I wouldnt believe it was pissible if I hadnt seen it myself.

Thu, Jul 6, 1:06 PM

Where did the documents come from

**(267) 918-7154**

from

They came from a locked part of her desk, as well as a giant trunk in the basement. Simone also has something to tellyou that she hasnt been able to tel

lyou since she wasa child. And she tried to tell u last year with your therapists but couldn't



**(267) 918-7154**







from

They came from a locked part of her desk, as well as a giant trunk in the basement. Simone also has something to tellyou that she hasnt been able to tel

lyou since she wasa child. And she tried to tell u last year with your therapists but couldn't

# (267) 918-7154



Reference:   2620731791

Attached is a copy of the letter you sent my husband and I on July 31, 1997. These documents so far show that between your records and those of the Social Security office. According to my Social Security card, a copy of which I will attach to this letter, my name is Rima V. Hill. However, upon calling the SS office last week, it appears that they have my name in their computer as Rima Van Hill, Van being the middle name.

My legal name is Rima Van Hill, Van being my last name with NO middle name. My social security number is 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. I am married to Ronald T. Seal, SS# 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. However, I have not, and will not, be changing my last name.

Just about every year since 1993, I've had this problem between your records and those of the SS office. Every year I request to my down dated SS office to attempt to once and for all correct their records, to no avail. I was mistakenly informed that I have not much in my husband's dummy, nor to again change my name when I got married. The little road that's done me.

I will be paying the SS office a visit...
... you see, that's how I am able to get from it can do down to the SS office which... However, I don't wish to delay it correct for you... that you kindly change the name... my name that would be appearing on any documents... Van (middle name) Hill, Rina Van Hill.

I filed my return as Rima Van Hill, Van being...
Rima Van Hill, Hill as my last name.

I will get this sorted out... foreign born, now a U.S. cit... document entitles...
unable to... without proper identity... document clearly, and my... Hill, no middle name...

1): As an enrolled citizen... the rules and regulations... my dealings with social...

2): As an enrolled...
legal name...
under...
correct...
proper...
correct...

(267) 918-7154



(267) 918-7154 

(267) 918-7154







These are just a few of the hundreds ofdocuments. All. Outlinging these same things . there are court papers outlining her kidnapping simone changung her

kidnapping simone
changung her

name. And leavung
the state to avoid
bruce so he couldnt
find her

Simone is broken
and needs you.
Badly

There are ledgers
she kept outlining
being with other
men while she. Was
married to many of
her husbands and
how she would
use the for

**(267) 918-7154**

Simone is broken
and needs you.
Badly

There are ledgers
she kept outlining
being with other
men while she. Was
married to many of
her husbands and
how she would
use the for
personal gain.

This is part of what
simonew wanted to
tell you what she
saw and was forced
to do when shewas