Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Matthew K Pierson
Debtor

Case No.: 21−11080−KCF
Chapter 7

Ron Seal
Plaintiff

v.

Matthew K Pierson
Defendant

Adv. Proc. No. 21−01264−KCF                                    Judge: Kathryn C. Ferguson

### NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 3, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 16
ORDER GRANTING PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT AND MOTION TO DISMISS ADVERSARY PROCEEDING PURSUANT TO F.R.C.P. 56, 12(b)(6) and 8(a)(2) (Related Doc # 16). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/2/2022. (ghm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 3, 2022
JAN: ghm

Jeanne Naughton
Clerk